# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE COKES,<br>      Petitioner,<br><br>vs.<br><br>COMMONWEALTH OF PA, *et al*.<br>      Defendants. | Civil Action No. 18-325<br>Electronic Filing<br><br>Judge David Stewart Cercone /<br>Magistrate Judge Robert C. Mitchell |

## ORDER

AND NOW this 23rd day of November, 2018, after Petitioner filed *pro se* a petition for a writ of *habeas corpus* (ECF No. 1) and after a Report and Recommendation (ECF No. 7) was filed by the United States Magistrate Judge recommending dismissal of the petition and granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that Petitioner's petition for writ of *habeas corpus* (ECF No. 1) is DISMISSED and, because reasonable jurists could not conclude that a basis for appeal exists, that a certificate of appealability is DENIED.

Finally, it is ORDERED that the Clerk shall mark this case CLOSED.

                                                s/ DAVID STEWART CERCONE
                                                David Stewart Cercone
                                                Senior United States District Judge

cc:    Jamie Cokes
        836 Linden Avenue
        RM #17
        East Pittsburgh, PA 15112
        (*Via First Class Mail*)